Michael E. Langton, Esq.
Nevada Bar #290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557

Attorney for Petitioners

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 533; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; RICHARD FLOWERS; and JEROME SEGAR;<br><br>    Petitioners,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>    Respondent. | 3:08-cv-00169-ECR-VPC<br><br>ORDER GRANTING |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW** Petitioners by and through their undersigned attorney, and Respondent by and through its undersigned attorney, and pursuant to FRCP 41(a) herewith stipulate to

///
///
///
///
///
///

Page 1 of 2

voluntarily dismiss with prejudice the above-captioned action, each party to bear their own attorneys' fees and costs.

Dated: September 30, 2010

Hanson Bridgett LLP

By: /s/_____
Sandra L. Rappaport, Esq.
California Bar No.: 172990
425 Market Street, 26th Floor
San Francisco, CA 94015
(415) 777-3200

Attorney For Respondent

Dated: September 30, 2010

/s/_____
Michael E. Langton, Esq.
Nevada Bar No.: 0290
801 Riverside Drive
Reno, NV 89503
(775) 329-7557

Attorney For Petitioners

It is so ORDERED.
DATED:   September 23, 2010.

*Howard D. McKibben*
_____